James E. Weber, Respondent, v. William S. Leaycraft, Appellant, Impleaded with Another.— Order modified by granting motion to vacate notice of examination

as to items 7 to 15, inclusive, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.